No. 1156. Ulman, Demandante y Apelado, *v.* Valdéz, Demandado y Apelante.—Apelación procedente de la Corte de

Distrito de San Juan, Sección 1ª., en un caso sobre indemnización de daños. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en mayo 27, 1914. Desestimada la apelación. Abogado del apelado: *Sr. E. B. Wilcox.* Abogados del apelante: *Sres. Travieso & Iriarte.*